UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROMAINE NEVELS, G16564,

        Plaintiff,

    v.

J THICH, et al.,

        Defendant(s).

Case No. 20-cv-02184-CRB  (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties have filed a stipulation to voluntarily dismiss all claims against defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 40.

The parties' stipulation is GRANTED, and this case is DISMISSED WITH PREJUDICE.

The clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 14, 2021

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California